AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Derek E. Hines)                          20-052

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-mj-956 |
| Shawn Collins | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2, 2020 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | On or about June 2, 2020, in Philadelphia County, in the Eastern District of Pennsylvania, defendant Shawn Collins knowingly possessed a firearm, that is, a black 9mm Taurus PT24/7 G2 C handgun, bearing serial number TMT31804, loaded with one round in the chamber and eleven rounds in the magazine, the possession affected interstate commerce, and at the time of the offense, the defendant knew he had previously been convicted of a felony. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Jeffrey Guagliardo
*Complainant's signature*

Special Agent Jeffrey Guagliardo, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/08/2020

/s/ Timothy R. Rice
*Judge's signature*

City and state: Philadelphia, PA    The Honorable Timothy R. Rice, U.S.M.J.
*Printed name and title*