IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. | 20-228 |
| --- | --- | --- | --- |
| v. | : | DATE FILED | 8/5/2020 |
| SHAWN COLLINS | : | VIOLATION: 18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count) Notice of forfeiture | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 2, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHAWN COLLINS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a 9mm Taurus PT24/7 G2 C handgun bearing serial number TMT31804, loaded with twelve live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in Count One of this indictment, defendant

## SHAWN COLLINS

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, specifically, a 9mm Taurus PT24/7 G2 C handgun, bearing serial number TMT31804, loaded with twelve live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
WILLIAM M. McSWAIN
UNITED STATES ATTORNEY

2

No._____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

### THE UNITED STATES OF AMERICA

vs.

### SHAWN COLLINS

### INDICTMENT

Counts
18 U.S.C. § 922(g)(1) (felon in possession of a firearm - 1 count)
Notice of Forfeiture

A true bill

███████████████████████

Foreman

Filed in open court this _____ day,
Of _____ A.D. 20_____

Clerk

Bail, $_____